**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **STEPHEN McQUEEN, et al.,** | ) | Case No. 3:06CV384 |
| | ) | |
| Plaintiffs, | ) | Judge Walter H. Rice |
| | ) | |
| vs. | ) | |
| | ) | **STIPULATION OF VOLUNTARY** |
| **FORD MOTOR COMPANY, et al.** | ) | **DISMISSAL** |
| | ) | |
| Defendants. | ) | |

Now come plaintiffs and defendant, by and through their counsel of record, and hereby stipulate that the instant action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Furthermore, defendant Ford Motor Company withdraws its Motions to Compel and for Expenses and its Motion for Reconsideration. Each party to bear its own costs.

Respectfully Submitted,

*/s/Joseph W. Stadnicar* [per consent to John R. Mitchell]
Joseph W. Stadnicar (0046851)
3836 Dayton-Xenia Road
Beavercreek, Ohio 45432
(937) 426-3310
(937) 426-9318 (fax)
jstadnicar@beavercreeklaw.com

*Attorney for Plaintiffs
Stephen McQueen, Daniel Solis,*
and *Phoebe Morris*

>  /s/John R. Mitchell
> Gary M. Glass (0042417)
> THOMPSON HINE LLP
> 312 Walnut Street – 14th Floor
> Cincinnati, OH  45202-4089
> (513) 352-6700
> (513) 241-4771 (fax)
> Gary.Glass@ThompsonHine.com
>
> John R. Mitchell (0066759)
> Joshua A. Klarfeld (0079833)
> THOMPSON HINE LLP
> 3900 Key Center
> 127 Public Square
> Cleveland, Ohio  44114-1291
> (216) 566-5847
> (216) 566-5800 (fax)
> John.Mitchell@ThompsonHine.com
> Joshua.Klarfeld@ThompsonHine.com
>
> *Attorneys for Defendant*
> *Ford Motor Company*

IT IS SO ORDERED:

_____
JUDGE WALTER H. RICE

## **CERTIFICATE OF SERVICE**

A copy of the foregoing *Stipulation of Voluntary Dismissal* was filed electronically this 7th day of May, 2007.  Service will be made through the Court's electronic filing system and all parties may access this filing through the Court's system.

>*/s/John R. Mitchell*
>One of the Attorneys for Defendant
>Ford Motor Company